IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

W. G. YATES & SONS CONSTRUCTION §
CO. AND AFFILIATED COMPANIES, §
§
§
Plaintiff, §          Case No. 3:19-cv-00383-TJC-PDB
§
§
v. §
§
RACHEL RYALS and §
JONATHAN J. LUCA, §
§
Defendants. §
§

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT RACHEL RYALS

Plaintiff, W.G. Yates & Sons Construction Co. and Affiliated Companies ("Plaintiff"), hereby propounds the following interrogatories and requests for production of documents (collectively, the "requests") upon Defendant, Rachel Ryals ("Defendant Ryals" or "You"), to be answered in writing and under oath, pursuant to Federal Rules of Civil Procedure 33 and 34.

## INSTRUCTIONS

In answering these requests, you should furnish all information available to you, including information in the possession of your attorneys and their investigators and all persons acting on your behalf and not merely such information known of your own personal knowledge. If you cannot answer a request in full, after exercising due diligence to secure the information, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portion.

EXHIBIT 2

These requests are continuing. In the event that at any later date you or your attorney obtains additional information which could alter or amend your responses to these requests, your responses should be supplemented promptly.

## DEFINITIONS

As used herein, the following terms shall have the meanings listed below:

"You" and "your" mean Rachel Ryals all other persons acting on behalf of or at the request of Rachel Ryals, including Adam Ryals.

"Person" means people, corporations, businesses, companies, partnerships, sole proprietorships, unions, associations, federations, and any other type of entity.

"Plaintiff," as contained in these Interrogatories, refers to W. G. Yates & Sons Construction Co. and Affiliated Companies, the former employer of Adam Ryals, and each of its agents, employees, representatives, subsidiaries and/or any other related company or entity, including but not limited to its predecessor entities, attorneys, and any other individual or entity presently or formerly acting on its behalf or at its request.

The "Plan," as contained in these Requests for Admission, refers to the W.G. Yates & Sons Construction Co. and Affiliated Companies Employee Major Medical Plan, and each of its agents, employees, representatives, subsidiaries and/or any other related company or entity, including but not limited to its predecessor entities, attorneys, and any other individual or entity presently or formerly acting on its behalf or at its request.

The "December 2015 incident" refers to the automobile accident that occurred on or around December 27, 2015, in which Rachel Ryals was injured and as a result of which Rachel Ryals received funds from the Plan for medical expenses.

The "personal injury action" refers to the suit brought by Rachel Ryals, through Jonathan J. Luca as her counsel, as a result of the injuries incurred in the December 2015 incident, which resulted in a settlement in or around December 2017.

Plaintiff's "reimbursement claim" refers to Plaintiff's notice of its interest in the

settlement funds from the personal injury action (R. Doc. 10-2), the subsequent negotiations between the parties regarding the same, and the instant litigation.

"Communication" includes every manner of transmitting or receiving facts, information, opinions and thoughts orally, by document, by e-mail, by facsimile, or otherwise.

"Document" is defined to be synonymous in meaning and equal in scope to the use of this term in Federal Rule of Civil Procedures 34(a), including, without limitation, letters, correspondence, purchase orders, memoranda, telegrams, notes, catalogs, brochures, diaries, reports, calendars, inter-office communications, statements, announcements, photographs, tape recordings, motion pictures, video tape recordings, electronic or computerized data compilations, and any carbon, photographic or electronic copy of such material if you do not have custody or control of the original.

The term "identify," when used in reference to an individual person or entity, means to state his, her or its full name and present address, present or last known position and business affiliation, position and business affiliation at the time in question, and telephone number.  Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting identification of this person.

The term "identify," when used with respect to a document, means to give, to the extent known, its (i) type; (ii) general subject matter; (iii) date; (iv) location; and (v) author(s), addressee(s) and recipient(s).

The term "identify," when used with reference to a communication, means to state the substance of the communication, the medium of communication, and the date the communication was made, the speaker(s), the individual(s) to whom the statement was made, and all witnesses to the communication.

The term "statement" shall mean an oral or written assertion.

Where a "date" is requested, it shall mean to provide the exact day, month and year; if such information cannot be ascertained, it shall mean to provide the best approximation.

The terms "and" and "or" herein shall be construed conjunctively and disjunctively as necessary to make the request inclusive rather than exclusive.  For the same reason, the use of the singular shall include plural and vice versa and "all" and "each" shall be construed as both all and each.

The terms "present," "presently," and/or "currently" shall mean the date on which you respond to these interrogatories/requests.

If you object to any of these requests on the ground of privilege, immunity, or for any other reason, provide the following information as to each objection:

(a)     The nature of the privilege or immunity invoked and the factual and legal basis for its invocation.

(b)     The person on whose behalf the privilege or immunity is invoked.

(c)     If a document is involved, identify the document and its date, author(s), recipient(s), and subject matter.

(d)     If an oral communication is involved, identify the communication, the persons between whom the communication took place, all persons to whom the substance of the communication has been disclosed, and the subject matter of the communication**.**

## **INTERROGATORIES**

**Interrogatory No. 1:**

Identify each demand, claim, and lawsuit you made arising from the December 2015 incident. For each demand, claim and lawsuit, identify the person and/or entity against whom it was brought, and provide all identifying information in your possession regarding the demand, claim, and lawsuit, including the forum, claim or case number, and the outcome or disposition of the demand, claim or lawsuit.

**Response:**

**Interrogatory No. 2:**

Identify all persons you believe may have knowledge or information relevant to the payment, resolution, or settlement of any claim by you, or on your behalf, arising from the December 2015 incident. For each person identified, describe with particularity (as set forth in Interrogatory No. 1) the claim of which the person has knowledge.

**Response:**


**Interrogatory No. 3:**

Identify all persons or entities that paid any amount of money in settlement of any demand, claim, or lawsuit identified in Interrogatory No. 1. For each person identified, describe with particularity (as set forth in Interrogatory No. 1) the demand, claim, or lawsuit toward which the individual paid in settlement or judgment.

**Response:**


**Interrogatory No. 4:**

State the full gross amount that you received in settlement, or judgment, of each demand, claim and lawsuit identified in response to Interrogatory No. 1, and identify any attorneys' fees and costs that were deducted from your total net amount received.

**Response:**


**Interrogatory No. 5:**

Identify each bank, credit union, investment firm, brokerage house, mortgage company, online investing platform, and/or other financial institution where you have, or have had, an

account or conducted a financial transaction (including joint and business accounts and transactions) from January 1, 2015 to the present.

**Response:**


**Interrogatory No. 6:**

With respect to each entity identified in response to Interrogatory No. 5, please provide: (1) the date on which the account was opened (or transaction initiated); (2) whether the account is still open or, if no longer open, the date on which it was closed; (3) the number assigned to the account or transaction; (4) all other persons with an interest in, or the authority to manager or control, the account or transaction; and (5) all persons with whom you spoke or consulted in connection with the account or transaction.

**Response:**


**Interrogatory No. 8:**

Identify each and every person whom you expect to, or may, call as a witness to testify at trial in this matter, along with a description of what testimony is anticipated.

**Response:**


**Interrogatory No. 9:**

Identify all persons you believe may have knowledge or information relative to the reimbursement claim and/or this lawsuit, including all persons interviewed.

**Response:**

**Interrogatory No. 10:**

Identify by category and type all documents and/or electronically stored information that you contend concerns, relates to, and/or pertains in any way to the defenses or claims asserted in this lawsuit.

**Response:**


**Interrogatory No. 11:**

Have you or anyone acting on your behalf taped or recorded any conversation with any former or present agent, servant, employee or representative of Plaintiff?  If so, identify:

(a)  All persons involved in the conversation;

(b)  The subject matter of the conversation;

(c)  The date the conversation occurred; and

(d)  Person(s) currently in possession of the tape and/or recording of the conversation.

**Response:**


**Interrogatory No. 12:**

List all civil and/or criminal actions, administrative actions (including, but not limited to discrimination charges), and bankruptcy actions in which Plaintiff has been involved in as a party, witness, deponent, and/or third party. For each such matter include: a) the case number; b) the court or administrative body where the action was filed; and c) the disposition of the matter.

**Response:**

**Interrogatory No. 13:**

Identify each and every social media account, social networking account, and/or social networking website (including, but not limited to, Facebook, Twitter, Instagram, and LinkedIn) used by you and/or where you have posted comments or communicated with others at any time from 2016 to the present. For each such account and/or website you identified, please state: a) your user name / profile name; b) dates of use; and c) content of any posts regarding the personal injury action, settlement funds, or reimbursement claim.

**Response:**


**Interrogatory No. 14:**

Identify all communications, whether written or oral, between you and Plaintiff and its present or former agents, employees, and/or representatives concerning the December 2015 incident, the personal injury action, the settlement funds, or the reimbursement claim;

**Response:**


**Interrogatory No. 15:**

Identify each item or service you purchased (or helped purchase) with, and each investment and/or transfer you made of, the settlement funds you received in connection with the personal injury action, and for each item identified state whether the item, investment, or transferred amount remains in your possession. If any of the items, investments, or transferred amounts identified are no longer in your possession, please identify the custodian of said item(s).

**Response:**

**Interrogatory No. 16:**

Please state the date you retained Jonathan J. Luca to represent you in the personal injury action and identify all agreements, whether formal, informal, verbal, or written, associated with said representation.

**Response:**

**Interrogatory No. 17:**

Please state the date you retained Jonathan J. Luca to represent you with respect to the reimbursement claim, and identify all agreements, whether formal, informal, verbal, or written, associated with said representation.

**Response:**

## REQUESTS FOR PRODUCTION

**Request No. 1:**

Please produce all documents referred to or relied upon in responding to Plaintiff's Requests for Admission and Interrogatories.

**Response:**

**Request No. 2:**

Please produce all insurance claims, EOBs, records of payment, electronic transmissions, and other documents or communications reflecting all insurance claims (whether medical, life,

disability, automobile, homeowners, or other insurance) in connection with the December 2015 incident.

**Response:**


**Request No. 3:**

Please produce the contents of all journals, diaries, calendars, notebooks or similar documents in which you recorded or documented any activities, events, incidents, or matters related to the settlement of the personal injury action, the settlement funds, or the reimbursement claim.

**Response:**


**Request No. 4:**[1]

Please produce all settlement agreements related to the December 2015 incident to which you were a party.

**Response**:


**Request No. 5:**

Please produce complete accounting statements (including statements showing details of all transactions) from each financial institution at which you were, or are, an account holder or joint account holder, from January 1, 2015 to the present, including but not limited to the accounts and/or transactions identified in response to Interrogatory No. 1.

**Response:**

---

[1] *See* <u>Unitedhealth Grp., Inc. v. Dowdy</u>, 8:06-cv-2111, 2007 WL 3203473 (M.D. Fla. Oct. 29, 2007) (granting a motion to compel discovery of a settlement agreement in the underlying personal injury action of a claim brought under 29 U.S.C. 1132(a)(3)).

**Request No. 6**:

Please produce complete copies of any and all federal and state income tax returns, including accompanying Schedules and W-2 forms, that you have filed since and including tax years 2015 through present (when completed), and all later years up until the trial of this matter.

**Response**:

**Request No. 7**:

Please produce all documents from any financial institution at which you have, or have had, an account reflecting the deposit, withdrawal, transfer, or use of any monies related to or received as a result of the December 2015 incident.

**Response**:

**Request No. 8**:

Please produce the <u>original</u> executed Request for Social Security Earnings information (SSA 7050) attached to this Request for Production of Documents.

**Response**:

**Request No. 9**:

Please produce the <u>original</u> executed Request for Copy of Tax Return (IRS 4506) attached to this Request for Production of Documents.

**Response:**

**Request No. 10**:

Please produce the original executed copy of the Medical Records Release Authorization attached to this Request for Production of Documents.

**Response**:


**Request No. 11**:

Please produce all documents relating to any court matter, civil or criminal, in which you were a party as a plaintiff, defendant, and/or third party.

**Response**:


**Request No. 12**:

Please produce all communications, including but not limited to, documents, letters, messages, notes, text messages, or e-mails that you sent to or received, or in your possession or control, regarding the reimbursement claim or the allegations in Plaintiff's Second Amended Complaint. Should you withhold any documents based on privilege, please provide a privilege log.

**Response**:


**Request No. 13**:

Please produce all statements of witnesses, potential witnesses, and/or persons interviewed relative to this suit, whether such statements were recorded or documented in notes or any other form.

**Response:**

**Request No. 14**:

Please produce the curriculum vitae of each expert witness and/or potential expert witness consulted with or retained in this case.

**Response:**


**Request No. 15**:

Please produce all documents provided to or received from any expert witness and/or potential expert consulted with or retained in this case.

**Response:**


**Request No. 16:**

Please produce all documents referred to, relied upon, identified or otherwise used in your Initial Disclosures.

**Response:**


**Request No. 17:**

Please produce any and all documents, statements, or other materials which you assert will tend to refute or relate to your defense to the allegations in Plaintiff's Second Amended Complaint.

**Response:**

**Request No. 18:**

Please produce any and all notes and/or recordings of conversations you or anyone acting on your behalf has had with any current or former employee, agent, or representative of Plaintiff.

**Response:**


**Request No. 19:**

Please produce any and all statements given by individuals with knowledge of the allegations in your claim or lawsuit brought as a result of the December 2015 incident, whether written or recorded by tape recorder or otherwise, which are in your possession or the possession of your attorney.

**Response:**


**Request No. 20:**

Please produce any and all documents and electronically-stored information reflecting all online accounts, profiles, postings, messages (including forwards, replies, tweets, re-tweets, likes, wall posts, re-posts, comments, status updates, and blog entries), videos, pictures, and other online or digital communications that: 1) relate to the personal injury action or settlement thereof; 2) relate to the reimbursement claim, the Plan, or Plaintiff; and/or 3) reflect, demonstrate, refer to, or relate to any issues pending in this matter, including but not limited to those identified in your response to Interrogatory No. 14.

**Response:**

**Request No. 21:**

To the extent not produced in response to the previous document requests, please produce any and all documents which concern, relate, or pertain in any way to Plaintiff's allegations against Defendants as set forth in Plaintiff's Second Amended Complaint.

**Response**:


**Request No. 22:**

Please produce all agreements identified in your response to Interrogatory No. 17.


**Request No. 23:**

Please produce all agreements identified in your response to Interrogatory No. 18.

**Response:**


**Request No. 24:**

Please produce all communications relating to the personal injury action or reimbursement claim, between yourself and:

   (a)  Cigna;

   (b)  Hub International; or

   (c)  Fox Everett.

**Response:**

Respectfully submitted this 27th day of June, 2019.

/s/ R. Scott Callen
R. Scott Callen, Esq.
Florida Bar No.: 0146242
**THE KULLMAN FIRM**
2915 Kerry Forest Parkway, Suite 101
Tallahassee, Florida 32309
P: 850-296-1953
sc@kullmanlaw.com

Karuna Davé
*Admitted pro hac vice*
**THE KULLMAN FIRM**
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
P: 504-524-4162 | F:504-596-4189
kd@kullmanlaw.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on the 27th day of June, 2019, a true and accurate copy of the foregoing was

sent via electronic and U.S. mail to counsel for Defendant Ryals:

**JONATHAN J. LUCA**
**904 ANASTASIA BOULEVARD**
**ST. AUGUSTINE, FL  32080**

/s/ R. Scott Callen
R. Scott Callen, Esq.

## MEDICAL RECORDS RELEASE AUTHORIZATION

**NAME:  Rachel Ryals** _____

**DATE OF BIRTH:** _____

**SOCIAL SECURITY NUMBER:** _____

**TO WHOM IT MAY CONCERN:**

    This will authorize The Kullman Firm, including any partner, associate, or other employee thereof, to examine, copy, or receive copies of any and all medical records and reports maintained by you concerning me, Rachel Ryals, including, but not limited to, physical and/or mental health records, history and examination records, consultation notes, reports, charts, admit sheets, operative reports, physician's order sheets, progress notes, nurses' notes, emergency room reports, radiology reports, lab reports and discharge summaries, as well as all amounts charged to me for such services from any time through the present.

    In authorizing the release of my medical records and related information, I acknowledge and understand that I am consenting in writing to the disclosure of medical records and related information under the Health Insurance Portability and Accountability Act to the extent it may have application to the release of the requested records and information, for the purpose of litigation.  My consent hereunder shall extend until the conclusion of the underlying litigation in *W.G. Yates & Sons Construction Co. and Affiliated Companies v. Rachel Ryals and Jonathan J. Luca*, Civil Action No.: 3:19-cv-00383-TJC-PDB, currently pending in the United States District Court for the Middle District of Florida, Jacksonville Division, or until such time as I revoke my consent in writing.

    I understand I have the right to revoke this authorization, in writing, at any time by sending written notification to Karuna Davé of The Kullman Firm at 1100 Poydras Street, Suite 1600, New Orleans, Louisiana 70163.  I understand that a revocation is not effective to the extent that The

Kullman Firm, including any partner, associate or other employee thereof, has relied on the use or disclosure of the medical records released pursuant to this authorization.   I also understand The Kullman Firm, including any partner, associate or other employee thereof, are not bound by and cannot act on any valid revocation until The Kullman Firm receives it.

I understand that information used or disclosed pursuant to this authorization may be disclosed by the recipient and may no longer be protected by federal or state law.  I understand that no physician, hospital or other medical provider may condition treatment on whether I sign the authorization.  I acknowledge that I have been given a copy of this authorization.

I hereby agree that a photocopy of this authorization may serve as an original.

**RACHEL RYALS**

**DATE**

Form **4506**

(July 2017)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.

▶ **Request may be rejected if the form is incomplete or illegible.**

▶ For more information about Form 4506, visit *www.irs.gov/form4506.*

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| Rachel Ryals | |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

KARUNA DAVE, THE KULLMAN FIRM, 1100 POYDRAS STREET, NEW ORLEANS, LA 70163, 504-596-4141.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12/31/2018 | 12/31/2017 | 12/31/2016 | 12/31/2015 |
|---|---|---|---|
| | | | |

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | |
|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . . . | $ | 50.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . . | | |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)          Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature          Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 7-2017)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript…" or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

**If you filed an individual return and lived in:**

| If you filed an individual return and lived in: | Mail to: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

**If you lived in or your business was in:**

| If you lived in or your business was in: | Mail to: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

Social Security Administration

Form Approved
OMB No. 0960-0566

## Consent for Release of Information

### Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov**. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send only comments relating to our time estimate to this address, not the completed form.***

---

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO:  Social Security Administration**

Rachel Ryals
_____     _____     _____
      **\*My Full Name**                       **\*My Date of Birth**           **\*My Social Security Number**
                                   **(MM/DD/YYYY)**

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**      **\*ADDRESS OF PERSON OR ORGANIZATION:**

Karuna Davé                      1100 Poydras Street, Suite 1600

The Kullman Firm                 New Orleans, LA 70163

**\*I want this information released because:**   discovery in litigation
   We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
  **Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 1/1/2015 to date present
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date_____ to date_____

    If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.

7. ☒ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

**\*Signature:** _____      **\*Date:** _____

**\*\*Address:** _____      **\*\*Daytime Phone:** _____

**Relationship (if not the subject of the record):** _____    **\*\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (11-2016) uf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

W. G. YATES & SONS CONSTRUCTION §
CO. AND AFFILIATED COMPANIES, §
§
    Plaintiff, §   Case No. 3:19-cv-00383-TJC-PDB
§
v. §
§
RACHEL RYALS and §
JONATHAN J. LUCA, §
§
    Defendants. §
§

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT JONATHAN J. LUCA

Plaintiff, W.G. Yates & Sons Construction Co. and Affiliated Companies ("Plaintiff"), hereby propounds the following interrogatories and requests for production of documents (collectively, the "requests") upon Defendant, Jonathan J. Luca ("Defendant Luca" or "You"), to be answered in writing and under oath, pursuant to Federal Rules of Civil Procedure 33 and 34.

## <u>INSTRUCTIONS</u>

In answering these requests, you should furnish all information available to you, including information in the possession of your attorneys and their investigators and all persons acting on your behalf and not merely such information known of your own personal knowledge. If you cannot answer a request in full, after exercising due diligence to secure the information, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portion.

These requests are continuing. In the event that at any later date you or your attorney obtains additional information which could alter or amend your responses to these requests, your responses should be supplemented promptly.

1

### DEFINITIONS

As used herein, the following terms shall have the meanings listed below:

"You" and "your" mean Jonathan J. Luca, your law firm or law firms operated by you in whole or part, Salt Run Fishing Charters LLC, and any and all other persons or businesses acting on behalf of or at the request of Jonathan J. Luca, including Rob Cook through his law firm or through your law firm.

"Person" means people, corporations, businesses, companies, partnerships, sole proprietorships, unions, associations, federations, and any other type of entity.

"Plaintiff," as contained in these Interrogatories, refers to W. G. Yates & Sons Construction Co. and Affiliated Companies, the former employer of Adam Ryals, and each of its agents, employees, representatives, subsidiaries and/or any other related company or entity, including but not limited to its predecessor entities, attorneys, and any other individual or entity presently or formerly acting on its behalf or at its request.

The "Plan," as contained in these Requests for Admission, refers to the W.G. Yates & Sons Construction Co. and Affiliated Companies Employee Major Medical Plan, and each of its agents, employees, representatives, subsidiaries and/or any other related company or entity, including but not limited to its predecessor entities, attorneys, and any other individual or entity presently or formerly acting on its behalf or at its request.

The "December 2015 incident" refers to the automobile accident that occurred on or around December 27, 2015, in which Rachel Ryals was injured and as a result of which Rachel Ryals received funds from the Plan for medical expenses.

The "personal injury action" refers to the suit brought by Rachel Ryals, through Jonathan J. Luca as her counsel, as a result of the injuries incurred in the December 2015 incident, which resulted in a settlement in or around December 2017.

Plaintiff's "reimbursement claim" refers to Plaintiff's notice of its interest in the settlement funds from the personal injury action (R. Doc. 10-2), the subsequent negotiations between the parties regarding the same, and the instant litigation.

"Communication" includes every manner of transmitting or receiving facts, information, opinions and thoughts orally, by document, by e-mail, by facsimile, or otherwise.

"Document" is defined to be synonymous in meaning and equal in scope to the use of this term in Federal Rule of Civil Procedures 34(a), including, without limitation, letters, correspondence, purchase orders, memoranda, telegrams, notes, catalogs, brochures, diaries, reports, calendars, inter-office communications, statements, announcements, photographs, tape recordings, motion pictures, video tape recordings, electronic or computerized data compilations, and any carbon, photographic or electronic copy of such material if you do not have custody or control of the original.

The term "identify," when used in reference to an individual person or entity, means to state his, her or its full name and present address, present or last known position and business affiliation, position and business affiliation at the time in question, and telephone number.  Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting identification of this person.

The term "identify," when used with respect to a document, means to give, to the extent known, its (i) type; (ii) general subject matter; (iii) date; (iv) location; and (v) author(s), addressee(s) and recipient(s).

The term "identify," when used with reference to a communication, means to state the substance of the communication, the medium of communication, and the date the communication was made, the speaker(s), the individual(s) to whom the statement was made, and all witnesses to the communication.

The term "statement" shall mean an oral or written assertion.

Where a "date" is requested, it shall mean to provide the exact day, month and year; if such information cannot be ascertained, it shall mean to provide the best approximation.

The terms "and" and "or" herein shall be construed conjunctively and disjunctively as necessary to make the request inclusive rather than exclusive.  For the same reason, the use of

the singular shall include plural and vice versa and "all" and "each" shall be construed as both all and each.

The terms "present," "presently," and/or "currently" shall mean the date on which you respond to these interrogatories/requests.

If you object to any of these requests on the ground of privilege, immunity, or for any other reason, provide the following information as to each objection:

(a)     The nature of the privilege or immunity invoked and the factual and legal basis for its invocation.

(b)     The person on whose behalf the privilege or immunity is invoked.

(c)     If a document is involved, identify the document and its date, author(s), recipient(s), and subject matter.

(d)     If an oral communication is involved, identify the communication, the persons between whom the communication took place, all persons to whom the substance of the communication has been disclosed, and the subject matter of the communication.

## **INTERROGATORIES**

**Interrogatory No. 1:**

Please identify the name and location of each bank, credit union, investment firm, brokerage house, online investing platform, and/or other financial institution where you have, or have had, an account or conducted a financial transaction on behalf of yourself or your business (including joint accounts, retirement funds, and transactions) from January 1, 2015 to the present.

**Response:**

**Interrogatory No. 2:**

With respect to each entity identified in response to Interrogatory No. 1, please provide: (1) the date on which the account was opened (or transaction initiated); (2) whether the account is still open or, if no longer open, the date on which it was closed; (3) the number assigned to the account or transaction; (4) all other persons with any interest in, or authority to manage, the account or transaction; and (5) all persons with whom you spoke or consulted in connection with the account or transaction.

**Response:**

**Interrogatory No. 3:**

Please identify each financial institution where the accounts referenced in Plaintiff's Requests for Admission No. 2 are, or were, located from January 1, 2015 to the present, and describe the nature or purpose of each (i.e., IOTA trust account, client advances, operating expenses, etc.)

**Response:**

**Interrogatory No. 4:**

Please identify all providers from whom you have obtained legal malpractice insurance coverage between January 1, 2015 and the present, and for each provider identified, state the dates of your coverage.

**Response:**

**Interrogatory No. 5:**[1]

Please state the full amount of the settlement funds referenced in Plaintiff's Request for Admission No. 4 (hereinafter referenced as the "settlement funds") and state the date on which said funds were transmitted to you.

**Response:**

**Interrogatory No. 6:**

Please identify each person or entity to whom the settlement funds were disbursed or transferred, and state the date, amount, and purpose of each disbursement and/or transfer.

**Response:**

**Interrogatory No. 7:**

If you retained any portion of the settlement funds for attorneys' fees or costs, for yourself or on behalf of Rob Cook, please state the amount retained and the dates of service in connection with which each amount was retained.

**Response:**

**Interrogatory No. 8:**

If any portion of said settlement funds, identified in Interrogatory No. 7, remained in your possession, please state the amount that remained in your possession and identify each location of any portion of said funds within your possession. If the funds were spent or disbursed, please

---

[1] *See* <u>Unitedhealth Grp., Inc. v. Dowdy</u>, 8:06-cv-2111, 2007 WL 3203473 (M.D. Fla. Oct. 29, 2007) (granting a motion to compel discovery of a settlement agreement in the underlying personal injury action of a claim brought under 29 U.S.C. 1132(a)(3)).

list the items on which said funds were spent and identify each person or account to which said funds were disbursed.

**Response:**


**Interrogatory No. 9:**

Please identify each matter in connection with which you have provided legal representation or advice, formally or informally, to co-defendant Rachel Ryals. For each matter identified, please provide the dates of representation state the matter in connection with which you represented her; to the extent you have represented Rachel Ryals in any court proceedings, including in the personal injury action arising from the December 2015 incident, please provide the case name, case number and the presiding court(s).

**Response:**


**Interrogatory No. 10:**

Please identify all persons you believe may have knowledge or information relative to the reimbursement claim and/or this lawsuit, including all persons interviewed.

**Response:**


**Interrogatory No. 11:**

Identify each and every person whom you expect to, or may, call as a witness to testify at trial in this matter, along with a description of what testimony is anticipated.

**Response:**

**Interrogatory No. 12:**

Identify by category and type all documents and/or electronically stored information that you contend concerns, relates to, and/or pertains in any way to the claims asserted in this lawsuit.

**Response:**

**Interrogatory No. 13:**

Please identify your current physical address and every physical address held by you for the past five years, including any address held for personal or business reasons.

**Response:**

**Interrogatory No. 14:**

Have you or anyone acting on your behalf taped or recorded any conversation with any former or present agent, servant, employee or representative of Plaintiff?  If so, identify:

(a)  All persons involved in the conversation;

(b)  The subject matter of the conversation;

(c)  The date the conversation occurred; and

(d)  Person(s) currently in possession of the tape and/or recording of the conversation.

**Response:**

**Interrogatory No. 15:**

List all civil and/or criminal actions, administrative actions (including, but not limited to discrimination charges), and bankruptcy actions in which you have been involved in as a party,

witness, deponent, and/or third party. For each such matter include: a) the case number; b) the court or administrative body where the action was filed; and c) the disposition of the matter.

**Response:**

<br>

## REQUESTS FOR PRODUCTION

**Request No. 1:**

Please produce all documents referred to or relied upon in responding to Plaintiff's Requests for Admission and Interrogatories. To the extent you withhold any such documents on the basis of privilege, please provide a privilege log.

**Response:**

<br>

**Request No. 2:**

Please produce the contents of all journals, diaries, calendars, notebooks or similar documents in which you or Rob Cook recorded or documented any activities, events, incidents, or matters related to this litigation. To the extent you withhold any such documents on the basis of privilege, please provide a privilege log.

**Response:**

<br>

**Request No. 3:**[2]

Please produce all agreements related to the settlement of the personal injury action.

**Response**:

---

[2] *See* Unitedhealth Grp., Inc. v. Dowdy, *supra* n. 1.

**Request No. 4:**

Please produce all agreements related to your representation of co-defendant Rachel Ryals, whether in connection with this, or any other, matter. To the extent you withhold any such documents on the basis of privilege, please provide a privilege log.

**Response**:


**Request No. 5:**

Please produce complete accounting statements (including statements showing details of all transactions), from January 1, 2015 to the present, for each account or transaction identified in response to Interrogatory No. 1.

**Response:**


**Request No. 6:**

Please produce complete accounting statements, from January 1, 2015 to the present, for each account or transaction identified in response to Interrogatory No. 3.

**Response:**


**Request No. 7**:

Please produce complete copies of any and all federal and state income tax returns, including accompanying Schedules and W-2 forms, that you have filed on behalf of yourself or any business under your management or control since and including tax years 2015 through present (when completed), and all later years up until the trial of this matter.

**Response**:

**Request No. 8**:

Please produce all communications between yourself and your legal malpractice carrier related to the reimbursement claim or matters at issue in this lawsuit.

**Response**:


**Request No. 9**:

If you deny Request for Admission No. 1, or any part thereof, please produce all documents which support the basis of your response to the Request.

**Response**:


**Request No. 10**:

Please produce all documents from any financial institution at which you have, or have had, an account reflecting the deposit, transfer or withdrawal of any monies received as a result of the settlement of the personal injury action.

**Response**:


**Request No. 11**:

Please produce the <u>original</u> executed Request for Social Security Earnings information (SSA 7050) attached to this Request for Production of Documents.

**Response**:

**Request No. 12**:

Please produce the <u>original</u> executed Request for Copy of Tax Return (IRS 4506) attached to this Request for Production of Documents.

**Response:**


**Request No. 13**:

Please produce all documents relating to any court matter, civil or criminal, in which you were a party as a plaintiff, defendant, and/or third party.

**Response**:


**Request No. 14**:

Please produce all communications, including but not limited to, documents, letters, messages, notes, text messages, or e-mails that you sent to or received, or in your possession, regarding the settlement of the personal injury action, including but not limited to those sent to or received from Plaintiff, Adam Ryals, Defendant Luca, and Rob Cook. To the extent you withhold any such documents on the basis of privilege, please provide a privilege log.

**Response**:


**Request No. 15**:

Please produce all communications, including but not limited to, documents, letters, messages, notes, text messages, or e-mails that you sent to or received, or in your possession, regarding the reimbursement claim, including but not limited to those sent to or received from

Plaintiff, Adam Ryals, Defendant Luca, and Rob Cook. To the extent you withhold any such documents on the basis of privilege, please provide a privilege log.

**Response**:


**Request No. 16**:

Please produce all statements of witnesses, potential witnesses, and/or persons interviewed relative to this suit, whether such statements were recorded or documented in notes or any other form.

**Response:**


**Request No. 17**:

Please produce the curriculum vitae of each expert witness and/or potential expert witness consulted with or retained in this case.

**Response:**


**Request No. 18**:

Please produce all documents provided to or received from any expert witness and/or potential expert consulted with or retained in this case.

**Response:**


**Request No. 19**:

Please produce all documents referred to, relied upon, identified or otherwise used in your Initial Disclosures.

**Response:**

**Request No. 20**:

Please produce all communications, including but not limited to, documents, letters, messages, notes, text messages, or e-mails that you sent to or received, sent or received on your behalf, or in your possession to or from Rachel Ryals (including any and all persons acting on her behalf), between December 2017 and December 2018. To the extent you withhold any such documents on the basis of privilege, please provide a privilege log.

**Response**:

**Request No. 21:**

Please produce any and all documents, statements, or other materials which you assert will tend to refute or relate to her defense to the allegations in Plaintiff's Amended Complaint.

**Response:**

**Request No. 22:**

Please produce all communications relating to the personal injury action or reimbursement claim, between yourself or Rob Cook, and:

(a) Cigna;

(b) Hub International; or

(c) Fox Everett.

**Response:**

**Request No. 23:**

Please produce any and all notes and/or recordings of conversations you or anyone acting

on your behalf has had with any current or former employee, agent, or representative of Plaintiff.

**Response:**

Respectfully submitted this 27th day of June, 2019.

*/s/ R. Scott Callen*
R. Scott Callen, Esq.
Florida Bar No.: 0146242
**THE KULLMAN FIRM**
2915 Kerry Forest Parkway, Suite 101
Tallahassee, Florida 32309
P: 850-296-1953
sc@kullmanlaw.com

Karuna Davé (admitted pro hac vice)
**THE KULLMAN FIRM**
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
P: 504-524-4162 | F:504-596-4189
kd@kullman.com

**Counsel for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 27th day of June, 2019, a true and accurate copy of the foregoing was

sent via electronic and U.S. mail to:

**JONATHAN J. LUCA**
**904 ANASTASIA BOULEVARD**
**ST. AUGUSTINE, FL  32080**

*/s/ R. Scott Callen*
Heather F. Crow, Esq.

16

Form **4506**

(July 2017)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ **Request may be rejected if the form is incomplete or illegible.**
▶ For more information about Form 4506, visit *www.irs.gov/form4506.*

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>Jonathan J. Luca | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

KARUNA DAVE, THE KULLMAN FIRM, 1100 POYDRAS STREET, NEW ORLEANS, LA 70163, 504-596-4141.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12/31/2018 | 12/31/2017 | 12/31/2016 | 12/31/2015 |
|---|---|---|---|
| | | | |

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | | |
|---|---|---|---|
| **a** | Cost for each return . . . . . . . . . . . . . . . . . . . . . | $ | 50.00 |
| **b** | Number of returns requested on line 7 . . . . . . . . . . . . . . | | |
| **c** | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions) _____ Date _____

▶ Title (if line 1a above is a corporation, partnership, estate, or trust) _____

▶ Spouse's signature _____ Date _____

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 41721E

Form **4506** (Rev. 7-2017)

Form 4506 (Rev. 7-2017)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

**If you filed an individual return and lived in:**

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

### Chart for all other returns

| If you lived in or your business was in: | Mail to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

## Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company).  If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records.  We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child.  Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history.  Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

## How to Complete this Form

We will not honor this form unless all required fields are completed.  An asterisk (*) indicates a required field.  Also, we will not honor blanket requests for "any and all records" on the "entire file."  You must specify the information you are requesting and you must sign and date this form.  We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person.  We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form.  We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party.  You do not have to provide the requested information.  Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer.  Computer matching programs compare our records with those of other Federal, State, or local government agencies.  We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number.  We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.  You can find your local Social Security office through SSA's website at** www.socialsecurity.gov**.  Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778).**  You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send only comments relating to our time estimate to this address, not the completed form.***

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

Jonathan J. Luca

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**

Karuna Davé

The Kullman Firm

**\*ADDRESS OF PERSON OR ORGANIZATION:**

1100 Poydras Street, Suite 1600

New Orleans, LA 70163

**\*I want this information released because:**   discovery in litigation
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
**Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 1/1/2015 to date present
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date_____ to date_____

    If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.

7. ☐ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

**\*Signature:** _____   **\*Date:** _____

**\*\*Address:** _____   **\*\*Daytime Phone:** _____

**Relationship (if not the subject of the record):** _____   **\*\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (11-2016) uf