United States District Court
Middle District of Florida
Jacksonville Division

**W.G. Yates & Sons Construction Co.
and Affiliated Companies,**

*Plaintiff,*

v.  No. 3:19-cv-383-J-32PDB

**Rachel Ryals & Jonathan J. Luca,**

*Defendants.*

# Order

On October 7, 2019, the Court conducted a hearing on the plaintiff's motions to compel and for leave to amend the complaint, Docs. 34, 35, and the order to show cause and response, Docs. 32, 37.

For the reasons stated on the record, the Court (1) **granted** the motion for leave to amend the complaint, **directed** the plaintiff to file the third amended complaint as a standalone document by October 8, 2019, and **ordered** the defendants to respond to the third amended complaint by October 25, 2019; (2) **directed** the plaintiff to provide a draft protective order by October 8, 2019; and (3) **granted in part** the motion to compel and **directed** the defendants to respond to the outstanding discovery by October 25, 2019, in accordance with representations made at the hearing. The Court deferred ruling on expenses.

As part of their response to outstanding discovery, subject to the separately entered protective order, the defendants must produce a copy of the settlement agreement or agreements between Rachel Ryals and the defendants in the personal injury action arising from her automobile accident in December 2015.

In light of the new pleading, the motion to dismiss the previous pleading, Doc. 12, is **denied**.

**Ordered** in Jacksonville, Florida, on October 9, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of Record